UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY LYNN DIAL, | : |
| Petitioner, | : |
| v. | : Civil Action No. 07-0427 (JR) |
| ALBERTO GONZALES *et al.*, | : |
| Respondents. | : |

ORDER

This action seeking a writ of *habeas corpus* is duplicative of *Dial v. Gonzales*, Civil Action No. 07-363, which was dismissed by Order of February 26, 2007. For the reasons stated in the Memorandum accompanying that Order, it is

**ORDERED** that this case is **DISMISSED** without prejudice for lack of jurisdiction. This is a final appealable Order.

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE